1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
9

10   MICHELLE L. DONOHUE,

11                        Plaintiff,                    CASE NO. 3:17-CV-05376-DWC

12          v.                                          ORDER ON STIPULATED MOTION
                                                        FOR EQUAL ACCESS TO JUSTICE
13   NANCY A BERRYHILL, Acting                          ACT FEES, EXPENSES AND COSTS
     Commissioner of Social Security,
14
                         Defendant.
15

16          This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

17   Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate

18   Judge, Dkt. 8. This matter is before the Court on "Plaintiff's Stipulated Motion for EAJA Fees

19   and Costs." Dkt. 18.

20          Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), Plaintiff's

21   motion and declaration (Dkt. 18, 18-2), and the relevant record, the Court orders EAJA

22   attorney's fees of $6,407.57, expenses in the amount of $4.12, and costs, pursuant to 28 U.S.C. §

23   1920, in the amount of $37.10 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560

24   U.S. 586, 591–97 (2010).

1       The Acting Commissioner shall contact the Department of Treasury after this Order is

2 entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the

3 Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the

4 government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly

5 to Elie Halpern, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to

6 Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and

7 the check shall be mailed to Plaintiff's counsel, Elie Halpern, Halpern Olivares, PLLC, 1800

8 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

9       Dated this 12th day of January, 2018.

10

11                      David W. Christel

12                      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24